*Lindahl v. Office of Personnel Management, ante,* p. 768. ▮

No. 83–6093.   GATES *v.* U. S. POSTAL SERVICE.   C. A. Fed. Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Lindahl v. Office of Personnel Management, ante,* p. 768. ▮

No. 83–6440.   SMITH *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Lindahl v. Office of Personnel Management, ante,* p. 768. ▮